IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CREATIVE INTERNET** § <br> **ADVERTISING CORPORATION,** § <br> § <br> Plaintiff, § <br> § **CIVIL ACTION NO. 6:07cv354** <br> v. § <br> § <br> **YAHOO! INC., et al.,** § <br> § <br> Defendants. § | |

## ORDER

Before the Court are Defendant Yahoo! Inc.'s Motion for Leave to Supplement Its First Amended Trial Exhibits List (Doc. No. 204); Defendant Yahoo! Inc.'s Motion for Judgment as a Matter of Law of Non-Infringement Under Rule 50 (Doc. No. 213); Defendant Yahoo! Inc.'s Motion for Judgment as a Matter of Law of No Willful Infringement Under Rule 50 (Doc. No. 214); Defendant Yahoo! Inc.'s Motion for Judgment as a Matter of Law of No Earlier Invention Date Under Rule 50 (Doc. No. 215); Defendant Yahoo! Inc.'s Motion for Reconsideration on Allowing Yahoo!'s Patents into Evidence (Doc. No. 216); and Defendant Yahoo! Inc.'s Motion for Judgment as a Matter of Law of No Infringement Under the Doctrine of Equivalents (Doc. No. 222).

Defendant Yahoo! Inc.'s Motion for Leave to Supplement Its First Amended Trial Exhibits List (Doc. No. 204) is **GRANTED** as agreed to by the parties. Pursuant to the Court's rulings as made during trial, Defendant Yahoo! Inc.'s Motion for Judgment as a Matter of Law of Non-Infringement Under Rule 50 (Doc. No. 213) is **DENIED**. Defendant Yahoo! Inc.'s Motion for Judgment as a Matter of Law of No Willful Infringement Under Rule 50 (Doc. No. 214) is **DENIED**. Defendant Yahoo! Inc.'s Motion for Judgment as a Matter of Law of No Earlier Invention Date

Under Rule 50 (Doc. No. 215) is **GRANTED**.  Defendant Yahoo! Inc.'s Motion for Reconsideration on Allowing Yahoo!'s Patents into Evidence (Doc. No. 216) is **DENIED**, and Defendant Yahoo! Inc.'s Motion for Judgment as a Matter of Law of No Infringement Under the Doctrine of Equivalents (Doc. No. 222) is **DENIED**.

**So ORDERED and SIGNED this 19th day of May, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE