**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CREATIVE INTERNET ADVERTISING CORPORATION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**YAHOO! INC., and TIME WARNER INC., f/k/a AOL TIME WARNER INC., d/b/a AOL**<br><br>**Defendants.** | **CIVIL ACTION NO. 6:07-cv-354-LED**<br><br>**JURY DEMANDED** |

**<u>NOTICE OF CHANGE OF CONTACT INFORMATION</u>**

PLEASE TAKE NOTICE that the contact information of Craig Tadlock, counsel for

Plaintiff, Creative Internet Advertising Corporation, has been changed to:

Craig Tadlock
Texas State Bar No. 00791766
TADLOCK LAW FIRM
311 Touchdown Drive
Irving, Texas 75063
Telephone: (214) 663-4900
craig@tadlocklawfirm.com

Respectfully submitted,

_____
Craig Tadlock
Texas State Bar No. 00791766
TADLOCK LAW FIRM
311 Touchdown Drive
Irving, Texas 75063
Telephone: (214) 663-4900
craig@tadlocklawfirm.com

2

# <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 22nd day of June, 2009.

_____

Craig Tadlock