IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CREATIVE INTERNET** | § | |
| **ADVERTISING CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 6:07cv354** |
| v. | § | |
| | § | |
| **YAHOO! INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court are 1) Defendant Yahoo! Inc.'s Motion to Strike Testimony from Plaintiff's Technical Expert and Grant Judgment as a Matter of Law of Non-Infringement (Doc. No. 239); 2) Defendant's Motion for a New Trial Under Rule 59 (Doc. No. 241); 3) Defendant's Motion for Judgment as a Matter of Law of Non-Infringement Under Rule 50 (Doc. No. 242); 4) Defendant's Motion for Judgment as a Matter of Law of No Willful Infringement Under Rule 50 and No Enhancement of Damages or Exceptional Case (Doc. No. 243); 5) Defendant's Motion for Judgment as a Matter of Law of Invalidity (Doc. No. 244); 6) Plaintiff Creative Internet Advertising Corporation's Motion for Entry of Judgment on the Verdict and Request for Enhanced Damages, A Finding that the Case is Exceptional, Attorneys' Fees, Prejudgment Interest, Post-Judgment Interest, Supplemental Damages, and Post-Verdict Royalty (Doc. No. 245); and 7) Defendant's Opening Brief on Laches (Doc. Nos. 248). The Court hereby **ORDERS** the parties to appear for a hearing on these motions on **Wednesday, July 29, 2009, at 9:00 a.m. CST**. The Court is setting all pending

post-trial motions for hearing in order to have a date set, should the hearing be necessary. However, the Court may issue rulings prior to the hearing.

**So ORDERED and SIGNED this 24th day of June, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE